**Last revised 8/1/15**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____16-22315_____ |
| Oyola, Carmen | Judge: _____MBK_____ |
| | Chapter:            13 |

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        ☒ Discharge Sought

☐ Motions Included        ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date: _____June 29, 2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

---

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____360_____ per _____month_____ to the Chapter 13 Trustee, starting on _____July 1, 2017_____ for approximately _____31_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

     ☒      Future earnings

     ☐      Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:
$4,220 paid through May 19, 2017

## Part 2:    Adequate Protection

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____2,551.00_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___Nationstar, Wells Fargo(2) and Ally___ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas J. Orr, Esq.<br>Internal Revenue Service | Attorney's Fees<br>Income Taxes | $1,950.00 plus supplemental fees<br>$4,172.55 |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nationstar Mortgage | Residence | $4,749.36 | 0% | $4,749.36 | $1,744 |
| Wells Fargo Dealer Srv | 2015 Ford Escape | $617.90 | 0% | $617.90 | $557 |
| Wells Fargo Dealer Srv | 2008 Ford Fusion | $250.26 | 0% | $250.26 | $250 |
| Ally Financial (pre-petition) | 2008 Mercury Mountaineer | $128.35 | 0% | $128.35 | $327 |
| Ally Financial (post-petition) | 2008 Mercury Mountaineer | $1,635.00 | 0% | $1,635.00 | $327 |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None. | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bank of America | Real Estate at 120 Westchester Drive, Little Egg Harbor, NJ | $102,167.00 | $31,069.00 |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
None

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| None. | | |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None. | | | |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None. | | |

| Part 7: | Motions |
| --- | --- |

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
| --- | --- | --- | --- | --- | --- | --- | --- |
| None. | | | | | | | |

   b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
| --- | --- | --- |
| None. | | |

   c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None. | | | |

## Part 8:    Other Plan Provisions

### a. Vesting of Property of the Estate

☒    Upon confirmation

☐    Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2)  Secured Claims

3)  Priority Claims

4)  Unsecured Claims

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____May 26, 2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Ms. Oyola is rolling in to the plan 5 post-petition monthly payments (from February 2017 to June 2017) to Ally Financial. | Payments to Ally Financial for 5 post-petition installments now included in Part 4(a) of the modified plan. Amounts due other secured creditors in Part 4(a) of the modified plan and to priority creditors in Part 3 now match proofs of claim.<br><br>Plan extended by 6 months at same Trustee payment to allow for payments to Ally Financial on post-petition installments due, supplemental counsel fees and Trustee commission. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐    Yes        ☒    No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: June 29, 2017                              /s/Thomas J. Orr
                                                 Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: June 29, 2017                              /s/Carmen Oyola
                                                 Debtor

Date:                                            
                                                 Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22315-MBK
Carmen Oyola                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin             Page 1 of 2              Date Rcvd: Jul 06, 2017
                               Form ID: pdf901          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db            +Carmen Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
cr            +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                P.O. Box 610,    Red Bank, NJ 07701-0610
516257057     +Alert Ambulance Service,    PO Box 192,    Brick, NJ 08723-0192
516257058     +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
516257060      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516257061     +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
516257062     +Basepointe_HM,    3225 North Star Circle,    Louisville, TN 37777-5059
516257063      Boscov's,    Comenity Bank Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
516257064      Boscov's,    PO Box 30257,    Salt Lake City, UT 84130-0257
516257065      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516418656      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516257066      Community Surgical Supply,    PO box 4686,    Toms River, NJ 08754-4686
516257067     +Cooper Nuerosurgery,    3 Cooper Plaza #104,    Camden, NJ 08103-1407
516257068     +Express Scripts,    8931 Springdale Avenue, Suite A,    Saint Louis, MO 63134-4827
516257069     +Fabian Oyola,    2012 Highway 35,    Spring Lake, NJ 07762-2545
516257071      Jersey Shore Pain Management,    PO Boc 95000-4060,    Philadelphia, PA 19195-0001
516257073     +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516257074      M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516398735     +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516257075     +Maxwell Funeral Home,    160 Mathistown Road,    Tuckerton, NJ 08087-1298
516257077      Millville Rescue Squad,    600 Cedar Street,    Millville, NJ 08332-9415
516257078     +Monmouth Ocean Hospital Service Corp.,    4806 Megill Road, Suite 3,    Neptune, NJ 07753-6926
516390563    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                P.O. Box 619096,    Dallas, TX 75261-9741)
516257081      NJ Acute Care Specialists,    1140 Rt. 72 W,    Manahawkin, NJ 08050-2412
516257079     +National Loan Review,    6 Hutton Centre Drive,    Santa Ana, CA 92707-5745
516257080     +Nationstar,    PO Box 619094,    Dallas, TX 75261-9094
516257082     +Noemi Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
516257083      Northern Monmouth CNT Med Assoc.,    PO Box 416693,    Boston, MA 02241-6693
516257084     +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516257085      Ocean Home Health,    PO Box 71413,    Philadelphia, PA 19176-1413
516257086    #+Ovation Credit Services,    9310 Old Kings Road, South,    Suite 404,
                Jacksonville, FL 32257-8103
516257087     +Parker McCay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516257088      QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
516257089     +Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
516257091     +St. Mary's R.C. Cemetery,    PO Box 609,    Barnegat, NJ 08005-0609
516257092      Target Corporate Services, Inc.,    3501 West 53rd Street,    Sioux Falls, SD 57106-4216
516257094     +Trans Continental,    PO Box 555,    White Plains, NY 10603-0555
516257095      U. S. Attorney General,    950 Pennsylvania Avenue,    Washington, DC 20530-0009
516257096      U.S. Attorney,    930 Broad Street,    Newark, NJ 07102
516274912      Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                Irvine, CA 92623-9657
516257098      Wells Fargo Dealer Services,    Correspondence-MACT9017-026,    PO Box 168048,
                Irving, TX 75016-8048
516257099     +Youth Fountain LLC,    501 Iron Bridge Road, Suite 9,    Freehold, NJ 07728-5305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:13     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:09      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516257059     +E-mail/Text: ally@ebn.phinsolutions.com Jul 06 2017 22:57:15      Ally,    PO Box 380901,
                Minneapolis, MN 55438-0901
516288288      E-mail/Text: ally@ebn.phinsolutions.com Jul 06 2017 22:57:15      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
516257070      E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 22:57:39      Dept. of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516257072     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 06 2017 22:57:22      Kohl's,    PO Box 3043,
                Milwaukee, WI 53201-3043
516257076      E-mail/Text: Meridianbankruptcy@meridianhealth.com Jul 06 2017 22:58:52      Meridian Health,
                PO Box 399,    Neptune, NJ 07754-0399
516492278      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:02:59
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516390650      E-mail/Text: bnc-quantum@quantum3group.com Jul 06 2017 22:58:02
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
516257090     +E-mail/Text: SOMCbankruptcy@meridianhealth.com Jul 06 2017 22:58:52
                Southern Ocean Medical Center,    1140 Rt. 72 W.,    Manahawkin, NJ 08050-2412
516481570     +E-mail/Text: bncmail@w-legal.com Jul 06 2017 22:58:19     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 06, 2017
                             Form ID: pdf901           Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516257093        E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 22:55:04     TJ Maxx,   Synchrony Bank,
                   PO Box 965060,   Orlando, FL 32896-5060
516257097        E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 22:54:48      Walmart/Synchrony Bank,
                  Bankruptcy Department,   PO box 965060,   Orlando, FL 32896-5060
                                                                                    TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516399272*       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
                  Irvine, CA 92623-9657
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
```
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Thomas J Orr    on behalf of Debtor Carmen  Oyola tom@torrlaw.com,  xerna@aol.com
                                                                                 TOTAL: 5
```