UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
tom@torrlaw.com
(609)386-8700
Attorney for Debtor

Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carmen Oyola

Case No.: 16-22315

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Orr_____, the applicant, is allowed a fee of $ _____300.00_____ for services rendered and expenses in the amount of $_____13.02_____ for a total of $_____313.02_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____360_____ per month for _____30_____ months to allow for payment of the above fee.

*rev.8/1/15*