UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
tom@torrlaw.com
(609)386-8700

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carmen Oyola,

Debtor.

Case No. 16-22315 (MBK)

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Thomas J. Orr</u>, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The fees are payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $360 per month for 28 months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Carmen Oyola  
     Debtor

Case No. 16-22315-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 22, 2019  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.  
db            +Carmen Oyola,   16 Timberline Drive,   Tuckerton, NJ 08087-3054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:

            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Albert   Russo    docs@russotrustee.com  
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
            Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
            Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
            Thomas J Orr    on behalf of Debtor Carmen   Oyola tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com  
                                                                                                                                TOTAL: 7