Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−22315−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmen Oyola
   fka Carmen Santos
   16 Timberline Drive
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−5034

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 15, 2017.

On August 11, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                September 11, 2019
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 12, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-22315-MBK
Carmen Oyola                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 2                  Date Rcvd: Aug 12, 2019
                            Form ID: 185                       Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db             +Carmen Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
cr             +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701-0610
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516257057      +Alert Ambulance Service,    PO Box 192,    Brick, NJ 08723-0192
516257058      +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
516257060       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516257061      +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
516257062      +Basepointe_HM,    3225 North Star Circle,    Louisville, TN 37777-5059
516257064       Boscov's,    PO Box 30257,    Salt Lake City, UT 84130-0257
516418656       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516257066       Community Surgical Supply,    PO box 4686,    Toms River, NJ 08754-4686
516257067      +Cooper Nuerosurgery,    3 Cooper Plaza #104,    Camden, NJ 08103-1407
516257068      +Express Scripts,    8931 Springdale Avenue, Suite A,    Saint Louis, MO 63134-4827
516257069      +Fabian Oyola,    2012 Highway 35,    Spring Lake, NJ 07762-2545
516257071       Jersey Shore Pain Management,    PO Boc 95000-4060,    Philadelphia, PA 19195-0001
516257073      +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516257074       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516257075      +Maxwell Funeral Home,    160 Mathistown Road,    Tuckerton, NJ 08087-1298
516257077       Millville Rescue Squad,    600 Cedar Street,    Millville, NJ 08332-9415
516257078      +Monmouth Ocean Hospital Service Corp.,    4806 Megill Road, Suite 3,    Neptune, NJ 07753-6926
516390563     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
516257081       NJ Acute Care Specialists,    1140 Rt. 72 W,    Manahawkin, NJ 08050-2412
516257079      +National Loan Review,    6 Hutton Centre Drive,    Santa Ana, CA 92707-5745
516257080      +Nationstar,    PO Box 619094,    Dallas, TX 75261-9094
516257082      +Noemi Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
516257083       Northern Monmouth CNT Med Assoc.,    PO Box 416693,    Boston, MA 02241-6693
516257084      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516257085       Ocean Home Health,    PO Box 71413,    Philadelphia, PA 19176-1413
516257087      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516257088       QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
516257089      +Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
516257091      +St. Mary's R.C. Cemetery,    PO Box 609,    Barnegat, NJ 08005-0609
516257092       Target Corporate Services, Inc.,    3501 West 53rd Street,    Sioux Falls, SD 57106-4216
516257094      +Trans Continental,    PO Box 555,    White Plains, NY 10603-0555
516257095       U. S. Attorney General,    950 Pennsylvania Avenue,    Washington, DC 20530-0009
516257096       U.S. Attorney,    930 Broad Street,    Newark, NJ 07102
516274912       Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516257098       Wells Fargo Dealer Services,    Correspondence-MACT9017-026,    PO Box 168048,
                 Irving, TX 75016-8048
516257099      +Youth Fountain LLC,    501 Iron Bridge Road, Suite 9,    Freehold, NJ 07728-5305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516257059      +E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2019 23:44:02      Ally,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516288288       E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2019 23:44:02      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516257063       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2019 23:44:33      Boscov's,
                 Comenity Bank Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
516257065       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2019 23:48:40      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516257070       E-mail/Text: cio.bncmail@irs.gov Aug 12 2019 23:44:15      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516257072      +E-mail/Text: bncnotices@becket-lee.com Aug 12 2019 23:44:05      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
516398735      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2019 23:44:51      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516257076       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Aug 12 2019 23:45:24      Meridian Health,
                 PO Box 399,    Neptune, NJ 07754-0399
517104729       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:48:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517104730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:48:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516492278       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:47:48
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 12, 2019
                              Form ID: 185             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516390650         E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2019 23:44:45
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
516257090        +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Aug 12 2019 23:45:24
                  Southern Ocean Medical Center,    1140 Rt. 72 W.,    Manahawkin, NJ 08050-2412
516481570        +E-mail/Text: bncmail@w-legal.com Aug 12 2019 23:45:03      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516257093         E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2019 23:47:39      TJ Maxx,   Synchrony Bank,
                  PO Box 965060,    Orlando, FL 32896-5060
516257097         E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2019 23:48:04      Walmart/Synchrony Bank,
                  Bankruptcy Department,    PO box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516399272*        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                  Irvine, CA 92623-9657
516257086       ##+Ovation Credit Services,    9310 Old Kings Road, South,    Suite 404,
                  Jacksonville, FL 32257-8103
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Melissa N. Licker     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Michael R. DuPont     on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Carmen    Oyola tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
                                                                                              TOTAL: 8
```