**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  Carmen Oyola

Case No.: 16-22315

Judge: MBK

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: July 26, 2019

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/TJO    Initial Debtor: /s/CO    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ \_\_\_\_\_360\_\_\_\_\_ per \_\_\_\_month\_\_\_\_ to the Chapter 13 Trustee, starting on \_\_\_\_\_September 1, 2019\_\_\_\_\_ for approximately _____4_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☐ **NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____$2,301_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Nationstar and Wells Fargo_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 300 (pending fee app) |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | INCOME TAXES | $4,172.55 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nationstar Mortgage | Residence | $4,749.36 | 0% | $4,749.36 | $1,744.00 |
| Wells Fargo Dealer Services | 2015 Ford Escape | $ 617.90 | 0% | $ 617.90 | $ 557.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender  ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Ally Financial | 2008 Mercury Mountaineer | $1,000.00 | $10,836.65 |
| Wells Fargo Dealer Services | 2011 Ford Fusion (stay relief granted on April 24, 2019) | $10,0000 | $1,766 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None. | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: June 30, 2017                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Ms. Oyola is surrendering the 2008 Mercury Mountaineer and stay relief was granted on April 24, 2019 as to the 2011 Ford Fusion.  There is no net change in Ms. Oyola's budget as her sons paid for these vehicles. | Part 4(a) To delete payments to Ally Financial<br>Part 4(e)  To add surrender of 2008 Mercury Mountaineer |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: July 26, 2019                                                         /s/Carmen Oyola
                                                                                     Debtor

Date: _____                                      _____
                                                                                     Joint Debtor

Date: July 26, 2019                                                         /s/Thomas J. Orr
                                                                                     Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22315-MBK
Carmen Oyola                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Aug 12, 2019
                              Form ID: pdf901          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db             +Carmen Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
cr             +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701-0610
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516257057      +Alert Ambulance Service,    PO Box 192,    Brick, NJ 08723-0192
516257058      +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
516257060       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516257061      +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
516257062      +Basepointe_HM,    3225 North Star Circle,    Louisville, TN 37777-5059
516257064       Boscov's,   PO Box 30257,    Salt Lake City, UT 84130-0257
516418656       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516257066       Community Surgical Supply,    PO box 4686,    Toms River, NJ 08754-4686
516257067      +Cooper Nuerosurgery,    3 Cooper Plaza #104,    Camden, NJ 08103-1407
516257068      +Express Scripts,    8931 Springdale Avenue, Suite A,    Saint Louis, MO 63134-4827
516257069      +Fabian Oyola,    2012 Highway 35,    Spring Lake, NJ 07762-2545
516257071       Jersey Shore Pain Management,    PO Boc 95000-4060,    Philadelphia, PA 19195-0001
516257073      +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516257074       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516257075      +Maxwell Funeral Home,    160 Mathistown Road,    Tuckerton, NJ 08087-1298
516257077       Millville Rescue Squad,    600 Cedar Street,    Millville, NJ 08332-9415
516257078      +Monmouth Ocean Hospital Service Corp.,    4806 Megill Road, Suite 3,    Neptune, NJ 07753-6926
516390563     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
516257081       NJ Acute Care Specialists,    1140 Rt. 72 W,    Manahawkin, NJ 08050-2412
516257079      +National Loan Review,    6 Hutton Centre Drive,    Santa Ana, CA 92707-5745
516257080      +Nationstar,    PO Box 619094,    Dallas, TX 75261-9094
516257082      +Noemi Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
516257083       Northern Monmouth CNT Med Assoc.,    PO Box 416693,    Boston, MA 02241-6693
516257084      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516257085       Ocean Home Health,    PO Box 71413,    Philadelphia, PA 19176-1413
516257087      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516257088       QAR,   PO Box 239,    Gibbsboro, NJ 08026-0239
516257089      +Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
516257091      +St. Mary's R.C. Cemetery,    PO Box 609,    Barnegat, NJ 08005-0609
516257092       Target Corporate Services, Inc.,    3501 West 53rd Street,    Sioux Falls, SD 57106-4216
516257094      +Trans Continental,    PO Box 555,    White Plains, NY 10603-0555
516257095       U. S. Attorney General,    950 Pennsylvania Avenue,    Washington, DC 20530-0009
516257096       U.S. Attorney,    930 Broad Street,    Newark, NJ 07102
516274912       Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516257098       Wells Fargo Dealer Services,    Correspondence-MACT9017-026,    PO Box 168048,
                 Irving, TX 75016-8048
516257099      +Youth Fountain LLC,    501 Iron Bridge Road, Suite 9,    Freehold, NJ 07728-5305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516257059      +E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2019 23:44:02      Ally,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516288288       E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2019 23:44:02      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516257063       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2019 23:44:38      Boscov's,
                 Comenity Bank Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
516257065       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2019 23:48:11      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516257070       E-mail/Text: cio.bncmail@irs.gov Aug 12 2019 23:44:18      Dept. of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516257072      +E-mail/Text: bncnotices@becket-lee.com Aug 12 2019 23:44:08      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
516398735      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2019 23:44:51      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516257076       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Aug 12 2019 23:45:24      Meridian Health,
                 PO Box 399,    Neptune, NJ 07754-0399
517104729       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 00:12:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517104730       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2019 23:47:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516492278       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 00:12:02
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 12, 2019
                              Form ID: pdf901          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516390650        E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2019 23:44:46
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516257090       +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Aug 12 2019 23:45:24
                 Southern Ocean Medical Center,    1140 Rt. 72 W.,    Manahawkin, NJ 08050-2412
516481570       +E-mail/Text: bncmail@w-legal.com Aug 12 2019 23:45:03      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516257093        E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2019 23:48:34      TJ Maxx,    Synchrony Bank,
                 PO Box 965060,   Orlando, FL 32896-5060
516257097        E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2019 23:48:33      Walmart/Synchrony Bank,
                 Bankruptcy Department,    PO box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516399272*       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516257086     ##+Ovation Credit Services,    9310 Old Kings Road, South,   Suite 404,
                 Jacksonville, FL 32257-8103
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor     Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Michael R. DuPont    on behalf of Creditor     Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Carmen   Oyola tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
                                                                                              TOTAL: 8
```