UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
(609)386-8700

In Re:

Carmen Oyola,

Debtor.

Order Filed on May 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. <u>16-22315 (MBK)</u>

Chapter: <u>13</u>

Hearing Date: <u>May 5, 2020</u>

## ORDER RELEASING INSURANCE PROCEEDS

The relief set forth on the following page is hereby **ORDERED**

**DATED: May 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor: Carmen Oyola
Case Number: 16-22315 (MBK)
Caption of Order: Order Releasing Insurance Proceeds

Upon consideration of the Debtor's motion, it is **ORDERED** that GEICO insurance is permitted to release $10,321.72 to Wells Fargo Dealer Services to satisfy its lien against the debtor's vehicle and that the balance of $546.10 shall be released to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-22315-MBK
Carmen Oyola                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 28, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Carmen Oyola,   16 Timberline Drive,   Tuckerton, NJ 08087-3054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DLJ Mortgage Capital, Inc.c/o Select Portfolio
               Servicing Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Carmen   Oyola tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
                                                                                                  TOTAL: 9