**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carmen Oyola | Social Security number or ITIN   xxx–xx–5034 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22315–MBK | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Carmen Oyola
    fka Carmen Santos

<u>9/3/20</u>                                                                                 **By the court:** <u>Michael B. Kaplan</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-22315-MBK
Carmen Oyola                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                  Page 1 of 2              Date Rcvd: Sep 03, 2020
                                  Form ID: 3180W               Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
```
db              +Carmen Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
cr              +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                  P.O. Box 610,    Red Bank, NJ 07701-0610
516257057       +Alert Ambulance Service,    PO Box 192,    Brick, NJ 08723-0192
516257058       +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
516257062       +Basepointe_HM,    3225 North Star Circle,    Louisville, TN 37777-5059
516257064        Boscov's,    PO Box 30257,    Salt Lake City, UT 84130-0257
516257066        Community Surgical Supply,    PO box 4686,    Toms River, NJ 08754-4686
516257067       +Cooper Nuerosurgery,    3 Cooper Plaza #104,    Camden, NJ 08103-1407
516257068       +Express Scripts,    8931 Springdale Avenue, Suite A,    Saint Louis, MO 63134-4827
516257069       +Fabian Oyola,    57B Naomi Way,    Jackson, NJ 08527-2289
516257071       +Jersey Shore Pain Management,    622 South New York Rd.,    Suite 8,    Galloway, NJ 08205-9711
516257073       +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516257074        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516257075       +Maxwell Funeral Home,    160 Mathistown Road,    Tuckerton, NJ 08087-1298
516257077        Millville Rescue Squad,    600 Cedar Street,    Millville, NJ 08332-9415
516257078       +Monmouth Ocean Hospital Service Corp.,    4806 Megill Road, Suite 3,    Neptune, NJ 07753-6926
516390563      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                  P.O. Box 619096,    Dallas, TX 75261-9741)
516257081        NJ Acute Care Specialists,    1140 Rt. 72 W,    Manahawkin, NJ 08050-2412
516257079       +National Loan Review,    6 Hutton Centre Drive,    Santa Ana, CA 92707-5745
516257080       +Nationstar,    PO Box 619094,    Dallas, TX 75261-9094
516257082       +Noemi Oyola,    16 Timberline Drive,    Tuckerton, NJ 08087-3054
516257083        Northern Monmouth CNT Med Assoc.,    PO Box 416693,    Boston, MA 02241-6693
516257084       +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516257086        Ovation Credit Services,    P.O. Box 56137,    Jacksonville, FL 32241-6137
516257087       +Parker McCay,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
516257088        QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
516257089       +Quality Medical Transport,    PO Box 320,    Bayville, NJ 08721-0429
516257091       +St. Mary's R.C. Cemetery,    PO Box 609,    Barnegat, NJ 08005-0609
516257092        Target Corporate Services, Inc.,    3501 West 53rd Street,    Sioux Falls, SD 57106-4216
516257094       +Trans Continental,    PO Box 555,    White Plains, NY 10603-0555
516257095        U. S. Attorney General,    950 Pennsylvania Avenue,    Washington, DC 20530-0009
516257096        U.S. Attorney,    930 Broad Street,    Newark, NJ 07102
518587993       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
516257099       +Youth Fountain LLC,    501 Iron Bridge Road, Suite 9,    Freehold, NJ 07728-5305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 00:08:52     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 00:08:49     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: WFFC.COM Sep 04 2020 03:43:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,
                  1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516257059       +EDI: GMACFS.COM Sep 04 2020 03:43:00     Ally,    PO Box 380901,    Minneapolis, MN 55438-0901
516288288        EDI: GMACFS.COM Sep 04 2020 03:43:00     Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
516257060        EDI: BANKAMER.COM Sep 04 2020 03:43:00     Bank of America,    PO Box 31785,
                  Tampa, FL 33631-3785
516257061       +EDI: TSYS2.COM Sep 04 2020 03:43:00     Barclays Bank Delaware,    125 S. West Street,
                  Wilmington, DE 19801-5014
516257063        EDI: WFNNB.COM Sep 04 2020 03:43:00     Boscov's,    Comenity Bank Bankruptcy Department,
                  PO Box 183043,    Columbus, OH 43218-3043
516257065        EDI: CAPITALONE.COM Sep 04 2020 03:43:00     Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
516418656        EDI: BL-BECKET.COM Sep 04 2020 03:43:00     Capital One NA,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
518424177       +E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 00:09:17
                  DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing Inc.,    PO Box 65250,
                  Salt Lake City, UT 84165-0250,    DLJ Mortgage Capital, Inc.,
                  c/o Select Portfolio Servicing Inc. 84165-0250
518424176        E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 00:09:17
                  DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing Inc.,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
516257070        EDI: IRS.COM Sep 04 2020 03:43:00     Dept. of the Treasury,    Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
516257072       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 04 2020 00:08:22     Kohl's,
                  PO Box 3043,    Milwaukee, WI 53201-3043
516398735       +EDI: MID8.COM Sep 04 2020 03:43:00     MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
516257076        E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Sep 04 2020 00:09:07     Meridian Health,
                  PO Box 399,    Neptune, NJ 07754-0399
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 03, 2020
                              Form ID: 3180W           Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516257085        +E-mail/Text: elih@oceanhomehealth.com Sep 04 2020 00:08:09     Ocean Home Health,
                  1000 Airport Rd.,   Suite 101,   Lakewood, NJ 08701-5960
517104729         EDI: PRA.COM Sep 04 2020 03:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541
517104730         EDI: PRA.COM Sep 04 2020 03:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
516492278         EDI: PRA.COM Sep 04 2020 03:43:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                  POB 41067,   Norfolk VA 23541
516390650         EDI: Q3G.COM Sep 04 2020 03:43:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                  PO Box 788,   Kirkland, WA 98083-0788
518566570         E-mail/Text: bknotices@snsc.com Sep 04 2020 00:09:12     SN Servicing Corporation,
                  323 Fifth Street,   Eureka, CA 95501
518566571         E-mail/Text: bknotices@snsc.com Sep 04 2020 00:09:12     SN Servicing Corporation,
                  323 Fifth Street,   Eureka, CA 95501,   SN Servicing Corporation,   323 Fifth Street,
                  Eureka, CA 95501
516257090        +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Sep 04 2020 00:09:07
                  Southern Ocean Medical Center,   1140 Rt. 72 W.,   Manahawkin, NJ 08050-2412
516481570        +E-mail/Text: bncmail@w-legal.com Sep 04 2020 00:08:56     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516257093         EDI: RMSC.COM Sep 04 2020 03:43:00      TJ Maxx,   Synchrony Bank,   PO Box 965060,
                  Orlando, FL 32896-5060
516257097         EDI: RMSC.COM Sep 04 2020 03:43:00      Walmart/Synchrony Bank,   Bankruptcy Department,
                  PO box 965060,   Orlando, FL 32896-5060
516274912         EDI: WFFC.COM Sep 04 2020 03:43:00      Wells Fargo Bank N.A.,,
                  d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
516257098         EDI: WFFC.COM Sep 04 2020 03:43:00      Wells Fargo Dealer Services,
                  Correspondence-MACT9017-026,   PO Box 168048,   Irving, TX 75016-8048
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516399272*       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
                  Irvine, CA 92623-9657
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortonlaw.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DLJ Mortgage Capital, Inc.c/o Select Portfolio
               Servicing Inc. kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Carmen    Oyola tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
                                                                                              TOTAL: 9
```